IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ERICA MIRE § | |
|     Plaintiff, § | |
| § | |
| § | |
| v. § | CIVIL ACTION NO. 1:20-cv-110 |
| § | **JURY TRIAL REQUESTED** |
| BRYAN TRUCK LINE, INC. AND § | |
| SHANNON DEAN SWEENEY § | |
|     Defendants. § | |

## DEFENDANTS BRYAN TRUCK LINE, INC. AND SHANNON DEAN SWEENEY'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332(a), 1441, and 1446, Defendant BRYAN TRUCK LINE, INC. and Defendant SHANNON DEAN SWEENEY hereby give notice of the removal of this cause of action to the United States District Court for the Southern District of Texas, Brownsville Division. Defendant BRYAN TRUCK LINE, INC. states as grounds for removal the following:

### PROCEDURAL STATUS OF THE CASE

1.  Plaintiff ERICA MIRE filed this action in the 107th Judicial District Court of Cameron County, Texas on May 21, 2020. It carries the case style of Cause No. 2020-DCL-02400; *Erica Mire v. Bryan Truck Line, Inc. and Shannon Dean Sweeny;* In the 107th Judicial District Court of Cameron County, Texas.

2.  The Judicial District Clerk of Cameron County, Texas issued its citation to BRYAN TRUCK LINE, INC.'s registered agent on or about June 22, 2020.[1]

---

[1] See Ex. D.

3. The Judicial District Clerk of Cameron County, Texas issued its citation to the Chairman of Texas Transportation Commission. The Chairman was served on June 26, 2020.[2] The Chairman sent a copy of the citation to SHANNON DEAN SWEENEY's last known address via certified mail on June 29, 2020.[3] No return receipt has been received by the Texas Department of Transportation,[4] and Defendant Sweeney has not actually received a copy of the citation. Nevertheless, the undersigned accepts service on Defendant Sweeney's behalf, and Defendant Sweeney consents to removal.

4. BRYAN TRUCK LINE, INC. is filing this Notice of Removal within 30 days of receipt of Plaintiff's Original Petition and prior to filing an Original Answer. While SHANNON DEAN SWEENEY has not actually received Plaintiff's Original Petition, SWEENEY is filing this Notice of Removal within 30 days of when Chairman of Texas Transportation Commission sent Plaintiff's Original Petition and citation to SWEENEY's last known address via certified mail. There is a rebuttable presumption that the citation is received by the nonresident when the copy of the process is deposited in the mail by the Chairman of the Texas Transportation Commission. TEX. CIV. PRAC. & REM. CODE 17.063(d).

5. All pleadings, process, orders, and other filings in the state court action accompany this notice. *See* 28 U.S.C. § 1446(a).

6. This Notice of Removal is being filed in the record office of the Clerk of the United States District Court for the Southern District of Texas, Brownsville Division.

7. Defendants will promptly file a copy of this Notice of Removal with the Cameron County District Clerk.

---

[2] See id.
[3] See id.
[4] The undersigned attests the following is accurate based upon a conversation with a representative from the Texas Transportation Commission.

2

## BACKGROUND

8. This case arises out of a motor vehicle accident that occurred in Brownsville, Cameron County, Texas on September 16, 2019. The drivers involved in the collision were Plaintiff Erica Mire and Defendant Shannon Dean Sweeney. Plaintiff Erica Mire claims that she suffered personal injuries as a result of the alleged negligence of Defendant Shannon Dean Sweeney and Defendant Bryan Truck Line, Inc.

9. Plaintiff Erica Mire currently resides in Cameron County, Texas and is a citizen of the State of Texas.

10. Defendant Shannon Dean Sweeney is a citizen of the State of Ohio.

11. Defendant Bryan Truck Line, Inc. is a foreign corporation organized in and with its principal place of business located in the State of Ohio.

## BASIS FOR ORIGINAL FEDERAL COURT JURISDICTION

12. Plaintiff Erica Mire demands judgment in an amount over $75,000,[5] and the Plaintiff and the Defendants in this matter are citizens of different States. The district courts therefore have original jurisdiction of this matter according to 28 U.S.C. § 1332(a).

## PROPRIETY OF REMOVAL

13. This Notice of Removal is timely because it is filed within thirty (30) days of Defendant Bryan Truck Lin, Inc.'s receipt of the Plaintiff's Original Petition, in accordance with 28 U.S.C § 1446(b). While Shannon Dean Sweeney has not actually received Plaintiff's Original Petition, SWEENEY is filing this Notice of Removal within 30 days of when Chairman of Texas Transportation Commission sent Plaintiff's Original Petition and citation to SWEENEY's last known address via certified mail. There is a rebuttable presumption that the citation is received by

---

[5] See Ex. C (Plaintiff's Original Petition).

the nonresident when the copy of the process is deposited in the mail by the Chairman of the Texas Transportation Committee. TEX. CIV. PRAC. & REM. CODE 17.063(d).

14. All named Defendants consent to removal.

15. This court has original jurisdiction of this matter under 28 U.S.C. § 1332(a).

16. Except as otherwise expressly provided by an Act of Congress, any civil action brought in a state court of which the district courts of the United States have original jurisdiction may be removed to the district court of the United States for the district and division embracing the venue where the state court action was pending. *See* 28 U.S.C § 1446(a). The state court action that is the subject of this notice of removal is pending in Cameron County, Texas, which is found in the Southern District of Texas, Brownsville Division. Therefore, venue of this removed action is proper in this Court and Division.

17. Removal is not barred by 28 U.S.C. § 1445. Defendant Shannon Dean Sweeney is not a citizen of the State of Texas. Defendant Sweeney is a citizen of the State of Ohio. Defendant Bryan Truck Line, Inc., is a corporation organized in and with its principal place of business located in the State of Ohio.

18. Pursuant to 28 U.S.C § 1446(a) and Rule 81 of the Federal Rules of Civil Procedure, Defendant Bryan Truck Line, Inc., has attached hereto:

> (1) A list of all parties in the case, their party type, and the current status of the removed case;
>
> (2) A civil cover sheet and certified copy of the state court docket sheet; a copy of all pleadings that assert causes of action; all answers to such pleadings and a copy of all process and orders served upon the party removing the case to this court (if any);
>
> (3) A complete list of attorneys involved in the action being removed, including each attorney's bar number, address, telephone number, and part or parties represented by him or her;

(4) A record of which parties have requested trial by jury; and

(5) The name and address of the Court from which the case is being removed.

## REQUEST FOR HEARING AND JURISDICTIONAL DISCOVERY

19. If Plaintiff Erica Mire contests this removal, Defendants request:

   a. A hearing regarding this Court's jurisdiction over, and the propriety of removal of, this matter;

   b. The opportunity to present evidence demonstrating the existence of federal jurisdiction and the propriety of removal; and

   c. Leave to conduct limited discovery related to those issues.

## JURY DEMAND

20. Defendants demand a jury trial.

WHEREFORE, PREMISES CONSIDERED, Defendants Bryan Truck Line, Inc. and Shannon Dean Sweeney remove the above captioned action from the 107th District Court of Cameron County Texas to the United States District Court for the Southern District of Texas, Brownsville Division.

Respectfully submitted,

**THE FUENTES FIRM, P.C.**

/s/ *Robert Fuentes*
ROBERT FUENTES
State Bar No. 24005405
Federal Bar No. 24005405
STEFAN CASSO
State Bar No. 24105582
Federal Bar No. 3208356
15600 San Pedro Avenue, Ste. 304
San Antonio, TX 78232
Telephone: (281) 378-7640
Facsimile: (281) 378-7639
robert@fuentesfirm.com
stefan@fuentesfirm.com
**ATTORNEY FOR DEFENDANTS**

5

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per W. Dist. Tex. Loc. R. LR5.1. A true and correct copy of the foregoing Defendant's Notice of Removal was served upon counsel of record in compliance with the Federal Rules of Civil Procedure by certified mail, return receipt requested, telephonic communications, hand delivery and/or U.S. Mail on this 22nd day of July, 2020.

/s/ *Robert Fuentes*
ROBERT FUENTES