United States District Court
Southern District of Texas
**ENTERED**
December 09, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ERICA MIRE, | § | |
|     "Plaintiff", | § | |
| | § | |
| v. | § | Civil Action No. 1:20-cv-000110 |
| | § | |
| BRYAN TRUCK LINE, INC., | § | |
| ET AL., | § | |
|     "Defendants". | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court are "Defendants' Motion for Summary Judgment on Plaintiff's Direct Negligence Claims against Bryan Truck Line, Inc" ("MSJ") (Dkt. No. 21), "Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment on Direct Negligence Claims against Bryan Truck Line, Inc." (Dkt. No. 22) and the "Magistrate Judge's Report and Recommendation" ("R&R") (Dkt. No. 23). The R&R recommends this Court (1) Grant the MSJ; and (2) Dismiss with prejudice these claims by Plaintiff against Defendant, Bryan Truck Line, Inc.: (a) negligent hiring, (b) negligent qualification, (c) negligent entrustment, (d) negligent retention, (e) negligent training, and (f) negligent supervision ("Direct Negligence Claims").

No objections were filed by either party. When no objections are filed to a magistrate judge's ruling, the district court applies the "clearly erroneous, abuse of discretion and contrary to law" standard of review. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, abuse of discretion, or finding contrary to law, the R&R is **ADOPTED**:

Thus, Defendants' MSJ (Dkt. No. 21) is **GRANTED**; the Direct Negligence Claims by Plaintiff against Defendant, Bryan Truck Line, Inc. are **DISMISSED WITH PREJUDICE**.

Signed on this 9th day of December, 2021.

Rolando Olvera
United States District Judge