United States District Court
Southern District of Texas
**ENTERED**
August 04, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ERICA MIRE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:20-CV-00110 |
| | § | |
| BRYAN TRUCK LINE, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' "Joint Stipulation of Dismissal of Defendants" (Dkt. No. 63). Accordingly, the parties' claims are **DISMISSED WITH PREJUDICE.** The parties will bear their own attorney fees, expenses, and costs of the Court. The District Clerk's Office is **ORDERED** to close this case.

Signed on August 4, 2022.

_____
Rolando Olvera
United States District Judge